IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 06-1790 TUC JMR (JCG) |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| JOHNNY FELIX TALLABAS, | ) | |
| | ) | |
| Defendant. | ) | |

_____

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and the Defendant's objections thereto,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated April 5, 2007.

This case remains set for jury trial on May 8, 2007 at 9:30 a.m.  Counsel to be present at 9:00 a.m.

DATED this 24th day of April, 2007.

_____
John M. Roll
Chief United States District Judge